AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 12, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| LISA L., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant* | |

Civil Action No.   2:21-CV-0198-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   This matter is REVERSED and REMANDED to the agency for award of benefits pursuant to the Ninth Circuit's
Memorandum Decision and Mandate issued on August 28, 2023.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ THOMAS O. RICE _____

pursuant to the 9CCA Memorandum decision and Mandate issued on on August 28, 2023.

Date:   ___September 12, 2023___

CLERK OF COURT

SEAN F. McAVOY
_____

*s/ B. Fortenberry*
_____
*(By) Deputy Clerk*

B. Fortenberry
_____